# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 96-60630
Summary Calendar

YAW AYIM OWUSU,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

On Petition for Review of an Order of the
Board of Immigration Appeals
(BIA No. A29 307 869)

June 12, 1997

Before POLITZ, Chief Judge, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Yaw Ayim Owusu petitions for review of the Board of Immigration Appeals decision affirming the denial of his application for asylum. Our review of the record and the briefs persuades that the Board's decision is supported by substantial evidence.[1] The petition for review is therefore DENIED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[1] **Carbajal-Gonzalez v. INS**, 78 F.3d 194 (5th Cir. 1996).